# United States District Court

## District of the Northern Mariana Islands

ESTINILIE ALCARAZ, et.al.,

      Plaintiff

      V.

HANSOLL TEXTILE, LTD., el.al.,

      Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED
Clerk
District Court
JAN 1 6 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

CASE NUMBER: CV 08 - 0003

I, __MERLITA MOSQUERA__ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [✓] No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __N/A__

    Are you employed at the institution? __N/A__ Do you receive any payment from the institution? __N/A__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [✓] No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

          N/A

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    July 9/2006 — $580.— / monthly
    Handsome Textile — Tanapag

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] | [✓] |
    | b. | Rent payments, interest or dividends | [ ] | [✓] |
    | c. | Pensions, annuities or life insurance payments | [ ] | [✓] |
    | d. | Disability or workers compensation payments | [ ] | [✓] |
    | e. | Gifts or inheritances | [ ] | [✓] |
    | f. | Any other sources | [ ] | [✓] |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

N/A

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Michael Dane Andres - Son - $100.-/month
   Socorro Mosquera - Mother - $200 -/month
   Rogelio Mosquera

I declare under penalty of perjury that the above information is true and correct.

Jan. 15, 2008                              /s/ Mosquera
_____                            _____
    Date                                    MERLITA MOSQUERA
                                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.