AO 240A  (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court

JAN 1 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ESTINILIE ALCARAZ, et al.

Plaintiff

V.

HANSOLL TEXTILE, LTD., et al.

Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: CV 08-0003

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

　　[X] The clerk is directed to file the complaint.

　　[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____
_____

ENTER this  16TH  day of  January , 2008 .

**RECEIVED**

JAN 1 6 2008

Clerk
District Court
The Northern Mariana Islands

_____
Signature of Judicial Officer

Honorable, Alex R. Munson, Chief Judge
Name and Title of Judicial Officer