AO 440    (Rev. 08/01) Summons in a Civil Act

# United States District Court

## District of the Northern Mariana Islands

ESTINILIE ALCARAZ, ESPIE BALUSO,
MARIETA GUNNACAO, SUSANA LORENZO,
REMEDIOS MASANGKAY, MERLITA MOSQUERA,
AGNES OCLARINO, ZENAIDA ROTAO, and JEANIE DLC.SANTOS

**SUMMONS IN A CIVIL CASE**

V.

HANSOLL TEXTILE, LTD., TOP FASHION
CORPORATION, and HANSOME TEXTILE SAIPAN
CORPORATION,

CASE NUMBER: 08-0003

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of Defendant)

TOP FASHION CORPORATION,
PMB 124, BOX 10001, SAIPAN MARIANA ISLAND,
MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ATTORNEY STEPHEN C. WOODRUFF
2/F HILL LAW OFFICE BLDG. SUSUPE
P.O. BOX 500770
SAIPAN, MP 96950

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez                                    JAN 1 6 2008
CLERK                                            DATE

_____
(By) DEPUTY CLERK

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: ESTINILIE ALCARAZ, ESPIE BALUSO, MARIETA GUINNACAO, SUSANA LORENZO, REMEDIOS MASANGKAY, MERLITA MOSQUERA, AGNES DELURIND, ZENAIDA ROTAD & JEANIE OLL. SANTOS | COURT CASE NUMBER: CV-08-0003 |
| DEFENDANT: HANSOLL TEXTILE, LTD, TOP FASHION CORPORATION & HANSOME TEXTILE SAIPAN CORPORATION. | TYPE OF PROCESS: CIVIL - SUMMONS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: TOP FASHION CORPORATION

**AT** ADDRESS: PMB 124 BOX 10001, Saipan, MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ATTORNEY STEPHEN C. WOODRUFF
2/F Hill Law Office Bldg. Susupe
P.O. Box 500770
Saipan, MP 96950

| | |
|---|---|
| Number of process to be served with this Form - 285 | 01 |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By_____ (Deputy Clerk)

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 01 | District of Origin No. 05 | District to Serve No. 05 | Signature of Authorized USMS Deputy or Clerk: C. DUSM #3086 | Date: 6-12-08 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: ___   Time: ___ am/pm

Signature of U.S. Marshal or Deputy: USO 8841

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | 0 | 0 | 0 | 0 |

**REMARKS:** Failed to provide USM 285 & contact information for service to include a map.

---

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)