FILED
Clerk
District Court

AUG 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ESTINILIE ALCARAZ, *et al.*, ) | | Civil Action No. 08-0003 |
| ) | | |
| Plaintiffs ) | | |
| ) | | |
| v. ) | | ORDER TO SHOW CAUSE |
| ) | | WHY LAWSUIT SHOULD NOT |
| HANSOLL TEXTILE, LTD., *et al.*, ) | | BE DISMISSED FOR FAILURE |
| ) | | TO PROSECUTE |
| Defendants ) | | |
| _____ ) | | |

THIS LAWSUIT was filed January 16, 2008. To date, service has not been effected on any of the defendants. Accordingly,

IT IS ORDERED that plaintiffs shall appear at 9:00 a.m. on September 4, 2008, to show cause why this lawsuit should not be dismissed for failure to serve within 120 days or to otherwise prosecute. Fed.R.Civ.P. 4(m).

DATED this 22nd day of August, 2008.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)