MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CV-08-0003                                          September 4, 2008
                                                    8:45 a.m.

ESTINILIE C. ALCARAZ, et al -v- HANSOIL TEXTILE, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Stephen Woodruff, Attorney for Plaintiff


PROCEEDINGS:   ORDER TO SHOW CAUSE

Attorney Stephen Woodruff was present on behalf of Plaintiffs. Defendants were not represented.

Court announced that it had been nine months since it had been filed and the defendants had not been served. Attorney Woodruff explained the delay.

Court, after hearing all argument, gave the Plaintiff sixty (60) days to effect service in this case.

Adjourned 8:50 a.m.


/s/K. Lynn Lemieux, Courtroom Deputy