F I L E D
Clerk
District Court

SEP -4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ESTINILIE C. ALCARAZ, et al, | ) | CIVIL CASE 08-00003 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| | ) | |
| HANSOIL TEXTILE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court on September 4, 2008 for hearing of the Court's Order to Show Cause for failure to prosecute. Plaintiff s appeared by and through their attorney Stephen Woodruff. Having had the benefit of oral argument and good cause appearing, the Court hereby grants Plaintiffs Sixty (60) days to effect service in this case.

Failure to comply with this Order may result in the ultimate sanction of dismissal.

IT IS SO ORDERED.

DATED this 4th day of September, 2008.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)